

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Jim@rhmtrial.com
(404) 564-1866

*VIA* ECF

December 19, 2024

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

**RE:   MOTION TO STAY ALL DEADLINES-NOTICE OF SETTLEMENT**
*OBD SENSOR SOLUTIONS, LLC. v. LEMONADE, INC. & METROMILE, INC.*
**CIVIL ACTION NO. 1:24-CV-7557-AKH**

Dear Judge Hellerstein:

This firm represents Plaintiff OBD Sensor Solutions, LLC ("Plaintiff") in the above-captioned action. On behalf of Plaintiff and Defendants Lemonade, Inc. and Metromile, Inc. (together, the "Parties"), we hereby move to stay all deadlines in this case because the Parties have reached a settlement in principle. Accordingly, a stay of all deadlines for 35 days is requested to allow for negotiations to be finalized and for a Stipulation of Dismissal to be filed by the Parties.

We appreciate the Court's attention to this matter.

Sincerely,

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**

cc:   Richard H. Brown (counsel for Defendants), *via* ECF

---

**SO ORDERED**

December 20, 2024

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein, U.S.D.J.