

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Jim@rhmtrial.com
(404) 564-1866

*VIA* ECF

January 23, 2025

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

RE:   MOTION TO EXTEND STAY OF ALL DEADLINES
      *OBD SENSOR SOLUTIONS, LLC. v. LEMONADE, INC. & METROMILE, INC.*
      CIVIL ACTION NO. 1:24-CV-7557-AKH

Dear Judge Hellerstein:

This firm represents Plaintiff OBD Sensor Solutions, LLC ("Plaintiff") in the above-captioned action. Plaintiff and Defendants Lemonade, Inc. and Metromile, Inc. (together, the "Parties") requested a stay of all deadlines because they had reached a settlement in principle (Dkt. No. 24), and this Court agreed, setting January 24, 2025 as its expiration date (Dkt. No. 25). On behalf of the Parties, Plaintiff requests a 21-day extension of the stay (up to and including February 14, 2025) to allow for negotiations to be finalized and for the Parties to file a Stipulation of Dismissal. The Parties aver that, because they have made substantial progress toward a final resolution and believe additional time will allow their negotiations to be completed without intervention of the Court, good cause supports this request.

We appreciate the Court's attention to this matter.

Sincerely,

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**

cc:   Richard H. Brown (counsel for Defendants), *via* ECF

---

**SO ORDERED**

January __24__, 2025

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein, U.S.D.J.